IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, <br>     Plaintiff | ) <br> ) <br> ) | |
| v. | ) <br> ) | NO. 2:18-cv-03925 MSG |
| JOHN DOE subscribed assigned IP address 174.54.76.133, <br>     Defendant | ) <br> ) <br> ) <br> ) | |

## MOTION TO SUBSTITUTE COUNSEL

AND NOW, Defendant, John Doe subscribed assigned IP address 174.54.76.133, brings this Motion to Substitute Counsel, setting forth as follows:

1. Undersigned counsel was employed by Defendant to represent him in this action.

2. On February 11, 2019, Attorney J. Dwight Yoder of Gibbel Kraybill & Hess, LLP filed a letter in this case and thereby entered an appearance.

3. Lead counsel for this case will be M. Jason Asbell, also of Gibbel Kraybill & Hess, LLP. Attorney Yoder seeks to withdraw his appearance and for M. Jason Asbell to be substituted as counsel.

WHEREFORE, Defendant respectfully requests that J. Dwight Yoder be withdrawn as counsel and M. Jason Asbell be entered as counsel for Defendant.

Date: 2.19.19

GIBBEL KRAYBILL & HESS, LLP

By:    /s/ Jason Asbell
Jason Asbell, Esquire
I.D. 304884
2933 Lititz Pike
P.O. Box 5349
Lancaster, PA 17606

Date: 2.19.19

GIBBEL KRAYBILL & HESS, LLP

By:    */s/ J. Dwight Yoder*
J. Dwight Yoder, Esquire
I.D. 81985
2933 Lititz Pike
P.O. Box 5349
Lancaster, PA 17606

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Substitute Counsel was electronically filed on this date, it is available for viewing and downloading on the Court's CM/ECF system, and it will be served on the following via the Court's CM/ECF system:

>Christopher P. Fiore, Esquire
>Fiore & Barber, LLC
>418 Main Street, Suite 100
>Harleysville, PA 19438

|  |  |
|---|---|
|  | GIBBEL KRAYBILL & HESS, LLP |
| Date: 2.19.18 | By: _/s/ Jason Asbell_ |
|  | M. Jason Asbell, Esq. |
|  | Atty. I.D. #304884 |
|  | 2933 Lititz Pike |
|  | P.O. Box 5349 |
|  | Lancaster, PA 17606 |
|  | *Counsel for Defendant* |